**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gilberto RAMIREZ, Defendant–
Appellant.**

**No. 13–40625
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 9, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Gilberto Ramirez pleaded guilty to possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1), and he was sentenced to 62 months of imprisonment and three years of supervised release. Represented by the Federal Public Defender, Ramirez raises an argument, in order to preserve the issue for further review, that he correctly concedes is foreclosed by circuit precedent. Ramirez's Commerce Clause challenge to the constitutionality of § 922(g)(1) is foreclosed, and " 'the constitutionality of § 922(g) is not open to question.' " *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir. 2001) (quoting *United States v. De Leon*, 170 F.3d 494, 499 (5th Cir.1999)).

The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.